1  Jason M. Booth (SBN 143437)
   JBooth@BoothLLP.com
2  Ian P. Culver (SBN 245106)
   ICulver@BoothLLP.com
3  Benjamin L. Caplan (SBN 265179)
4  BCaplan@BoothLLP.com
   BOOTH LLP
5  1849 Sawtelle Boulevard, Suite 500
   Los Angeles, California 90025
6  Telephone:  (310) 641-1800
7  Facsimile:   (310) 641-1818

8  Attorneys for Defendant
   KINGSTON COSMETICS, INC., dba Exit 16
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12 FRAICHE TEXTILE, INC., a California ) CASE NO. 2:16-CV-08922 PLA
13 Corporation,                         )
                                        ) **STIPULATION TO EXTEND TIME**
14            Plaintiff,                ) **TO RESPOND TO COMPLAINT**
                                        ) **BY NO MORE THAN 30 DAYS**
15     v.                               ) **(L.R. 8-3)**
                                        )
16 UMGEE U.S.A., INC., a California     ) Complaint Served:      12/27/16
17 Corporation; REALITY CHECK, an       ) Current Response Date: 01/17/17
   an Iowa business entity of unknown form; ) New Response Date:     01/27/17
18 SMALL TOWN BOUTIQUE, a               )
   Tennessee business entity of unknown )
19 form; BESTNBESTFASHION.COM, a        )
20 California business entity of unkown )
   form; LEMON TREE TRADING             )
21 CORP., a California Corporation;     )
   CLOTHINGCOLLECTIONZ.COM, a           )
22 California business entity of unknown )
   form; FASHION ANGELES, a             )
23 California business entity of unknown )
24 form; PAPERDOLL                      )
   WHOLESALE.COM, a California          )
25 business entity of unknown form;     )
   TRENDY U FASHION, a California       )
26 business entity of unknown form;     )
27 COWGIRLS UNTAMED WESTERN             )
   JEWELRY, ACCESSORIES & MORE,         )
28 LLC, a California Limited Liability  )

| | |
|---|---|
| 1 | Company; PLAN B FASHIONISTA BOUTIQUE, a California business entity ) |
| 2 | of unknown form; MC'S KLOZET, a California business entity of unknown ) |
| 3 | form; HEAVENLY GOODIES, a Tennessee business entity of unknown ) |
| 4 | form; FLYING DAISY, a Florida business entity of unknown form; ) |
| 5 | THELOOKBOOKWHOLSALE.COM, a California business entity of unknown ) |
| 6 | form; MIO WHOLESALE, a California business entity of unknown form; THE ) |
| 7 | WANDERING APPLE BOUTIQUE, a Tennessee business entity of unknown ) |
| 8 | form; TRES BELLE BOUTIQUE, a Wisconsin business entity of unknown ) |
| 9 | form; KNITTED BELLE BOUTIQUE, LLC a Kansas Limited Liability ) |
| 10 | Company; WHAT SHE WANTS BOUTIQUE, an Illinois business entity ) |
| 11 | of unknown form; HOUSER SHOES, INCORPORATED a North Carolina ) |
| 12 | Corporation; PAGE 6 BOUTIQUE, a South Carolina business entity of ) |
| 13 | unknown form; SOUTHERN SASS BOUTIQUE, a Texas business entity of ) |
| 14 | unknown form; RUSTIC RUFFLES, a Tennessee business entity of unknown ) |
| 15 | form; SAVING GRACE BOUTIQUE, an Alabama business entity of unknown ) |
| 16 | form; FUN & A LIL CHIC BOUTIQUE, a Texas business entity of unknown ) |
| 17 | form; EXIT 16, a Mississippi business entity of unknown form; and DOES 1 ) |
| 18 | through 10, inclusive, ) |
| | Defendants. ) |

Plaintiff, Fraiche Textile, Inc. ("Plaintiff"), and Defendant Kingston Cosmetics Inc., d/b/a Exit 16, erroneously sued as Exit 16, a Mississippi business entity of unknown form ("Defendant"), hereby stipulate to extend the time of Defendant to respond to Plaintiff's initial complaint to January 27, 2017.  As this

1  stipulation does not extend Defendant's time to respond for more than thirty days
2  from the date Defendant's response would have initially been due, this stipulation
3  need not be approved by the judge under Local Rule 8-3.
4         All parties enter this stipulation by and through their counsel of record.

6         Respectfully submitted

9  DATED:  January 17, 2017                BOOTH LLP

11                                         By:   /s/ *Benjamin L Caplan*
                                                Jason M. Booth
12                                              Ian P. Culver
                                                Benjamin L. Caplan
13                                              Attorneys for Defendant KINGSTON
                                                COSMETICS, INC. DBA EXIT 16

15  DATED:  January 17, 2017               DONIGER / BURROUGHS

18                                         By:   /s/ *Scott Alan Burroughs*
                                                Scott Alan Burroughs, Esq.
19                                              Attorneys for Plaintiff, FRAICHE
                                                TEXTILE, INC.