| | |
|---|---|
| 1 | Jason M. Booth (SBN 143437) |
| 2 | JBooth@BoothLLP.com |
|   | Ian P. Culver (SBN 245106) |
| 3 | ICulver@BoothLLP.com |
|   | Benjamin L. Caplan (SBN 265179) |
| 4 | BCaplan@BoothLLP.com |
|   | BOOTH LLP |
| 5 | 1849 Sawtelle Boulevard, Suite 500 |
|   | Los Angeles, California 90025 |
| 6 | Telephone:  (310) 641-1800 |
| 7 | Facsimile:   (310) 641-1818 |
| 8 | Attorneys for Defendant |
|   | KINGSTON COSMETICS, INC., dba Exit 16 |
| 9 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRAICHE TEXTILE, INC., a California Corporation, | CASE NO. 2:16-CV-08922 PLA |
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NO MORE THAN 30 DAYS** |
| v. | **(L.R. 8-3)** |
| UMGEE U.S.A., INC., a California Corporation; REALITY CHECK, an Iowa business entity of unknown form; SMALL TOWN BOUTIQUE, a Tennessee business entity of unknown form; BESTNBESTFASHION.COM, a California business entity of unkown form; LEMON TREE TRADING CORP., a California Corporation; CLOTHINGCOLLECTIONZ.COM, a California business entity of unknown form; FASHION ANGELES, a California business entity of unknown form; PAPERDOLL WHOLESALE.COM, a California business entity of unknown form; TRENDY U FASHION, a California business entity of unknown form; COWGIRLS UNTAMED WESTERN JEWELRY, ACCESSORIES & MORE, LLC, a California Limited Liability | Complaint Served:       12/27/16<br>Initial Response Date:   01/17/17<br>Current Response Date: 01/27/17<br>New Response Date:     02/10/17 |

| | |
|---|---|
| 1 | Company; PLAN B FASHIONISTA BOUTIQUE, a California business entity ) |
| 2 | of unknown form; MC'S KLOZET, a California business entity of unknown ) |
| 3 | form; HEAVENLY GOODIES, a Tennessee business entity of unknown ) |
| 4 | form; FLYING DAISY, a Florida business entity of unknown form; ) |
| 5 | THELOOKBOOKWHOLSALE.COM, a California business entity of unknown ) |
| 6 | form; MIO WHOLESALE, a California business entity of unknown form; THE ) |
| 7 | WANDERING APPLE BOUTIQUE, a Tennessee business entity of unknown ) |
| 8 | form; TRES BELLE BOUTIQUE, a Wisconsin business entity of unknown ) |
| 9 | form; KNITTED BELLE BOUTIQUE, LLC a Kansas Limited Liability ) |
| 10 | Company; WHAT SHE WANTS BOUTIQUE, an Illinois business entity ) |
| 11 | of unknown form; HOUSER SHOES, INCORPORATED a North Carolina ) |
| 12 | Corporation; PAGE 6 BOUTIQUE, a South Carolina business entity of ) |
| 13 | unknown form; SOUTHERN SASS BOUTIQUE, a Texas business entity of ) |
| 14 | unknown form; RUSTIC RUFFLES, a Tennessee business entity of unknown ) |
| 15 | form; SAVING GRACE BOUTIQUE, an Alabama business entity of unknown ) |
| 16 | form; FUN & A LIL CHIC BOUTIQUE, a Texas business entity of unknown ) |
| 17 | form; EXIT 16, a Mississippi business entity of unknown form; and DOES 1 ) |
| 18 | through 10, inclusive, ) |
| 19 | Defendants. ) |

Plaintiff, Fraiche Textile, Inc. ("Plaintiff"), and Defendant Kingston Cosmetics Inc., d/b/a Exit 16, erroneously sued as Exit 16, a Mississippi business entity of unknown form ("Defendant"), hereby stipulate to extend the time of Defendant to respond to Plaintiff's initial complaint to February 10, 2017. As this

stipulation does not extend Defendant's time to respond for more than thirty days from the date Defendant's response would have initially been due, this stipulation need not be approved by the judge under Local Rule 8-3.

All parties enter this stipulation by and through their counsel of record.

Respectfully submitted

DATED:  January 27, 2017          BOOTH LLP


By:   /s/ *Benjamin L Caplan*
         Jason M. Booth
         Ian P. Culver
         Benjamin L. Caplan
         Attorneys for Defendant KINGSTON COSMETICS, INC. DBA EXIT 16


DATED:  January 27, 2017          DONIGER / BURROUGHS


By:   /s/ *Scott Alan Burroughs*
         Scott Alan Burroughs, Esq.
         Attorneys for Plaintiff, FRAICHE TEXTILE, INC.