FRANCIS S. RYU, SB#176597
*francis@ryulaw.com*
MINDY S. BAE, SB#301769
*mindy@ryulaw.com*
**RYU LAW FIRM**
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone:  (323) 931-5270
Facsimile:   (323) 931-5271

*Attorneys for Defendants*
UMGEE U.S.A., INC.; LEMON TREE TRADING
CORP.; PAPERDOLL WHOLESALE.COM; TRENDY
U FASHION; COWGIRLS UNTAMED WESTERN
JEWELRY, ACCESSORIES & MORE, LLC; PLAN B
FASHONISTA BOUTIQUE; THELOOKBOOKWHOLESALE.COM;
MIO WHOLESALE; THE WANDERING APPLE BOUTIQUE;
KNITTED BELLE BOUTIQUE, LLC; SOUTHERN SASS
BOUTIQUE; RUSTIC RUFFLES; SAVING GRACE BOUTIQUE;
FUN & A LIL CHIC BOUTIQUE; BESTNBESTFASHION.COM;
TRES BELLE BOUTIQUE; MC'S KLOZET; HEAVENLY GOODIES;
WHAT SHE WANTS BOUTIQUE; UMGEE U.S.A., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAICHE TEXTILE, INC., a California Corporation, | Case No. 2:16-cv-08922-SVW-JPR |
| Plaintiff, | Hon. Stephen V. Wilson |
| vs. | ANSWER OF DEFENDANT UMGEE U.S.A., INC. |
| UMGEE U.S.A, INC., a California Corporation; REALITY CHECK, an Iowa business entity of unknown form; SMALL TOWN BOUTIQUE, a Tennessee business entity of unknown form; BESTNBESTFASHION.COM. a California business entity of unknown form; FASHION ANGELES, a California business entity of unknown form; PAPERDOLLWHOLESALE.COM, a California business entity of unknown form; TRENDY U FASHION, a California business entity of unknown form; COWGIRLS UNTAMED WESTERN JEWELRY, ACCESSORIES & MORE, LLC, a California Limited Liability Company; PLAN B FASHIONISTA BOUTIQUE, a California business | JURY TRIAL DEMANDED |

- 1 -

entity of unknown form; MC'S KLOZET, a California business entity of unknown form; HEAVENLY GOODIES, a Tennessee business entity of unknown form; FLYING DAISY, a Florida business entity of unknown form; THELOOKBOOKWHOLESALE.COM, a California business entity of unknown form; MIO WHOLESALE, a California business entity of unknown form; THE WANDERING APPLE BOUTIQUE, a Tennessee business entity of unknown form; TRES BELLE BOUTIQUE, a Wisconsin business entity of unknown form; KNITTED BELLE BOUTIQUE, LLC, a Kansas Limited Liability Company; WHAT SHE WANTS BOUTIQUE, an Illinois business entity of unknown form; HOUSER SHOES, INCORPORATED, a North California Corporation; PAGE 6 BOUTIQUE, a South Carolina business entity of unknown form; SOUTHERN SASS BOUTIQUE, a Texas business entity of unknown form; RUSTIC RUFFLES, a Tennessee business entity of unknown form; SAVING GRACE BOUTIQUE, an Alabama business entity of unknown form; FUN & A LIL CHIC BOUTIQUE, a Texas business entity of unknown form; and DOES 1 through 10,

Defendants.

Defendant UMGEE U.S.A, INC. ("Defendant") answers the complaint filed by FRAICHE TEXTILE, INC. ("Plaintiff") as follows:

## JURISDICTION AND VENUE

1.     Answering paragraph 1, this paragraph states a legal conclusion to which no response is required; but to the extent a response is appropriate, Defendants admit that this action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

ANSWER

2.     Answering paragraph 2, this paragraph states a legal conclusion to which no response is required; but to the extent a response is appropriate, Defendants admit that this Court has federal jurisdiction under 28 U.S.C. § 1331 and 1338(a) and (b).

3.     Answering paragraph 3, this paragraph states a legal conclusion to which no response is required; but to the extent a response is appropriate, Defendants admit that Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the alleged acts and omissions giving rise to the claims occurred.

## **PARTIES**

4.     Answering paragraph 4, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

5.     Answering paragraph 5, Defendant admits that it is a California Corporation organized and existing under the laws of the state of California and is doing business in and within the state of California.

6.     Answering paragraph 6, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

7.     Answering paragraph 7, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

8.     Answering paragraph 8, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

9.     Answering paragraph 9, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

10. Answering paragraph 10, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

11. Answering paragraph 11, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

12. Answering paragraph 12, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

13. Answering paragraph 13, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

14. Answering paragraph 14, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

15. Answering paragraph 15, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

16. Answering paragraph 16, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

17. Answering paragraph 17, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

18. Answering paragraph 18, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

19. Answering paragraph 19, Defendant states that it is without knowledge

or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

20.     Answering paragraph 20, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

21.     Answering paragraph 21, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

22.     Answering paragraph 22, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

23.     Answering paragraph 23, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

24.     Answering paragraph 24, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

25.     Answering paragraph 25, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

26.     Answering paragraph 26, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

27.     Answering paragraph 27, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

28.     Answering paragraph 28, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this

ANSWER

paragraph, and on that basis denies each and every such allegation.

29. Answering paragraph 29, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

30. Answering paragraph 30, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

31. Answering paragraph 31, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

32. Answering paragraph 32, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

33. Answering paragraph 33, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

34. Answering paragraph 34, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

## CLAIMS RELATED TO DESIGN J6277

35. Answering paragraph 35, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

36. Answering paragraph 36, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

37. Answering paragraph 37, Defendant states that it is without knowledge

or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

38.     Answering paragraph 38, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

39.     Answering paragraph 39, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

40.     Answering paragraph 40, Defendant denies each and every such allegation contained therein.

41.     Answering paragraph 41, Defendant denies each and every such allegation.

## FIRST CLAIM FOR RELIEF

42.     Answering paragraph 42, Defendant incorporates by reference paragraphs 1 through 41 of this answer as though fully set forth herein.

43.     Answering paragraph 43, Defendant denies each and every such allegation.

44.     Answering paragraph 44, Defendant denies that one or more of them manufactures garments.  Except so as denied by Defendant, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

45.     Answering paragraph 45, Defendant denies that each of them created, made, or developed directly infringing and/or derivative works from the Subject Design.  Except so as denied, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

46.     Answering paragraph 46, Defendant denies each and every such allegation contained therein.

47.     Answering paragraph 47, Defendant denies each and every such allegation contained therein.

48.     Answering paragraph 48, Defendant denies each and every such allegation contained therein.

49.     Answering paragraph 49, Defendant denies each and every such allegation contained therein.

## SECOND CLAIM FOR RELIEF

50.     Answering paragraph 50, Defendant incorporates by reference paragraphs 1 through 49 of this answer as though fully set forth herein.

51.     Answering paragraph 51, Defendant denies each and every such allegation contained therein.

52.     Answering paragraph 52, Defendant denies each and every such allegation contained therein.

53.     Answering paragraph 53, Defendant denies each and every such allegation contained therein.

54.     Answering paragraph 54, Defendant denies each and every such allegation contained therein.

55.     Answering paragraph 55, Defendant denies each and every such allegation contained therein.

## FIRST AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that the Complaint, and each and every claim for relief therein, fails to allege facts sufficient to state a claim for relief against Defendant.

///

## SECOND AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that Plaintiff's claims are barred by the fact that the copyrighted work referenced in the Complaint is not an original work of authorship and thus is not entitled to copyright protection.

## THIRD AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that assuming, arguendo, that the products sold by answering Defendant contain any elements from Plaintiff's Subject Design, Plaintiff's claims are barred because those elements are not protectable under copyright law, do not constitute original expression, and/or the use of those elements is de minimis.

## FOURTH AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that Plaintiff's claims are barred by the fact that the Plaintiff is not the author of the work of authorship referenced in the Complaint and thus lacks standing to sue.

## FIFTH AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because Plaintiff failed to properly mark its alleged copyrighted material and to give Defendant proper notice of its claimed copyright, for which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support.

## SIXTH AFFIRMATIVE DEFENSE

Upon information and belief, Plaintiff's claims are barred in that Plaintiff failed to take reasonable steps to protect its purported intellectual property rights.

ANSWER

## SEVENTH AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that Plaintiff's claims are barred to the extent that Plaintiff engaged in fraudulent conduct, which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support.

## EIGHTH AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) by Plaintiff's misuse of the purported copyright or copyrights, which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support.

## NINTH AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that the Complaint, and each and every purported relief thereof, is barred (in whole or in part) by Plaintiff's anticompetitive actions in violation of the Sherman Act, the Clayton Act, or the Cartwright Act, which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support.

## TENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's recovery is barred or comparatively limited because Defendant were privileged and justified for business purposes in the marketplace, protected by the privilege for competitors, which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support.

## ELEVENTH AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that any purported damages sought by Plaintiff in the form of Defendant' profits are limited by the apportionment theory based on the percentage of profits attributable to the alleged

- 10 -

infringement of the allegedly copyrighted work.

## **TWENTIETH AFFIRMATIVE DEFENSE**

Upon information and belief, Defendant alleges that Plaintiff's claims are barred by the doctrine of unclean hands

## **THIRTEENTH AFFIRMATIVE DEFENSE**

Upon information and belief, Defendant alleges that Plaintiff's claims are barred by the doctrines of release, waiver, and estoppel.

## **FOURTEENTH AFFIRMATIVE DEFENSE**

Upon information and belief, Defendant alleges that Plaintiff's claims are barred by the doctrine of acquiescence.

## **FIFTEENTH AFFIRMATIVE DEFENSE**

Upon information and belief, Defendant alleges that Plaintiff's claims are barred by its failure to mitigate damages.

## **SIXTEENTH AFFIRMATIVE DEFENSE**

Upon information and belief, Defendant alleges that Plaintiff's claims are barred and recovery is barred or limited by the doctrine of consent.

## **SEVENTEENTH AFFIRMATIVE DEFENSE**

Upon information and belief, Defendant alleges that Plaintiff has not sustained any injury or damage as a result of any act or conduct of Defendant and Defendant have at all times acted with innocent intent.

///

///

ANSWER

## EIGHTEENTH AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that Plaintiff's claims are barred because Plaintiff has failed to join indispensable parties.

## NINETEENTH AFFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that other persons or entities, the true names and capacities of whom and which Defendant are ignorant, were in some manner responsible for, or otherwise at fault for the allegations alleged in Plaintiff's Complaint.

## TWENTIETH FFIRMATIVE DEFENSE

Upon information and belief, Defendant alleges that they presently have insufficient knowledge or incomplete information upon which to form a belief as to whether it may have additional, as yet unstated, defenses available.  Defendant reserve their rights to amend and/or assert additional defense in the event discovery and investigation indicates that it would be appropriate.

///

///

///

///

///

///

///

///

///

///

///

///

ANSWER

1

## PRAYER FOR RELIEF

2          WHEREFORE, Defendant pray that Plaintiff takes nothing by its Complaint,

3    that the Complaint be dismissed with prejudice, and that Defendant be awarded the

4    cost of suit incurred herein, including legal fees, and for such other and further

5    relief as the Court deems just and proper.

6

7    DATED:  March 3, 2017                    **RYU LAW FIRM**

8

9                                    By:   */s/ Mindy S. Bae*
                                         _____
10                                        FRANCIS S. RYU, ESQ.
                                         MINDY S. BAE, ESQ.
11                                        Attorneys for Defendants
                                         UMGEE U.S.A., INC.; LEMON
12                                        TREE TRADING CORP.; FUN AND
                                         A LIL CHIC BOUTIQUE; SAVING
13                                        GRACE BOUTIQUE; RUSTIC
                                         RUFFLES; SOUTHERN SASS
14                                        BOUTIQUE; KNITTED BELLE
                                         BOUTIQUE LLC; THE
15                                        WANDERING APPLE BOUTIQUE;
                                         and COWGIRLS UNTAMED
16                                        WESTERN JEWELRY,
                                         ACCESSORIES & MORE, LLC;
17                                        BESTNBESTFASHION.COM; and
                                         PLAN B FASHIONISTA
18                                        BOUTIQUE; MIO WHOLESALE;
                                         TRENDY U FASHION; THELOOK
19                                        BOOKWHOLESALE.COM; PAPER
                                         DOLLWHOLESALE.COM; WHAT
20                                        SHE WANTS BOUTIQUE; TRES
                                         BELLE BOUTIQUE; MC'S
21                                        KLOZET; and HEAVENLY
                                         GOODIES
22

23

24

25

26

27

28

ANSWER

1
2

## **DEMAND FOR JURY**

3          Defendant UMGEE U.S.A., INC. hereby demands trial by jury of all claims

4    so triable.

5
6    DATED:  March 3, 2017                    **RYU LAW FIRM**

7
8                                        By:    */s/ Mindy S. Bae*

9                                               FRANCIS S. RYU, ESQ.
                                                MINDY S. BAE, ESQ.
10                                              Attorneys for Defendants
                                                UMGEE U.S.A., INC.; LEMON
11                                              TREE TRADING CORP.; FUN AND
                                                A LIL CHIC BOUTIQUE; SAVING
12                                              GRACE BOUTIQUE; RUSTIC
                                                RUFFLES; SOUTHERN SASS
13                                              BOUTIQUE; KNITTED BELLE
                                                BOUTIQUE LLC; THE
14                                              WANDERING APPLE BOUTIQUE;
                                                and COWGIRLS UNTAMED
15                                              WESTERN JEWELRY,
                                                ACCESSORIES & MORE, LLC;
16                                              BESTNBESTFASHION.COM; and
                                                PLAN B FASHIONISTA
17                                              BOUTIQUE; MIO WHOLESALE;
                                                TRENDY U FASHION; THELOOK
18                                              BOOKWHOLESALE.COM; PAPER
                                                DOLLWHOLESALE.COM; WHAT
19                                              SHE WANTS BOUTIQUE; TRES
                                                BELLE BOUTIQUE; MC'S
20                                              KLOZET; and HEAVENLY
                                                GOODIES
21
22
23
24
25
26
27
28

- 14 -

ANSWER

1

CERTIFICATE OF SERVICE

2       I hereby certify that on March 3, 2017, I electronically filed the foregoing

3  **ANSWER OF DEFENDANT UMGEE U.S.A., INC.** with the Clerk of the Court

4  using the CM/ECF system which will send notification of such filing via electronic

5  mail to all counsel of record.

6

7                               */s/ Mindy S. Bae*
                                 Mindy S. Bae

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE